IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN OILFIELDS SUPPLY COMPANY d/b/a Rain For Rent,<br><br>            **Plaintiff**,<br>    v.<br><br>JERRY W. GOODWIN, an individual d/b/a O Bar Cattle Co., FLORA E. GOODWIN, d/b/a O Bar Cattle Co., and SECURITY WEST FINANCIAL COMPANY, INC., an Idaho Corporation,<br><br>            **Defendants.** | CV F 07-1863  AWI DLB<br><br>ORDER VACATING APRIL 14, 2008, HEARING DATE AND ORDER DISMISSING DEFENDANT SECURITY WEST FINANCIAL COMPANY FOR LACK OF PERSONAL JURISDICTION<br><br>(Doc. No. 19) |

Defendant Security West Financial Company ("Security West") has filed a Rule 12(b)(2) motion to dismiss for lack of personal jurisdiction. Hearing on the motion is currently set for April 14, 2008. The motion is supported by the declaration of Larry Wardle, who is the president of Security West. In the declaration, Wardle declares: (1) Security West is a finance brokering company located in Idaho; (2) Plaintiff has an office located in Idaho; (3) Security West was contacted by Plaintiff through Plaintiff's Idaho store in order to find financing for the Goodwin Defendants, who are located in Utah; (4) Security West obtained financing for the Goodwins; (5) Plaintiff's irrigation equipment was to be installed at the Goodwins' land in Nevada; (6) Security West's contacts with Plaintiff was through Plaintiff's Idaho location; (7) Security West never

corresponded with Plaintiff through Plaintiff's California location; (8) Security West has financed the lease or purchase of equipment for customers located in California on less than 3 occasions within the last 30 years; (9) Security West currently has no customers or employees in California; (10) Security West has never solicited business in California; (11) Security West has never designated a registered agent for service in California, maintained a place of business in California, maintained either a telephone number or bank account in California, or otherwise owned property in California; and (12) Security West was not served in California.

      Plaintiff has filed a notice of non-opposition to the granting of Security West's motion to dismiss, see Court's Docket Doc. No. 24, and Security West's motion has merit.  See Burger King v. Rudzewicz, 471 U.S. 462 (1985); Menken v. Emm, 503 F.3d 1050 (9th Cir. 2007); Schwarzenegger v. Fred Martin Motor Co., 374 F.3d 797 (9th Cir. 2004); Doe v. Unocal Corp., 248 F.3d 915 (9th Cir. 2001); Ziegler v. Indian River County, 64 F.3d 470 (9th Cir. 1995); Roth v. Marquez, 942 F.2d 617 (9th Cir. 1991).  Thus, Dismissal of Security West is appropriate.

      Accordingly, IT IS HEREBY ORDERED that:

1. The April 14, 2008, hearing is VACATED; and
2. Defendant Security West's Motion to Dismiss for Lack of Personal Jurisdiction is GRANTED and Security West is DISMISSED from this case.

IT IS SO ORDERED.

**Dated:   April 1, 2008**                /s/ Anthony W. Ishii
                                            UNITED STATES DISTRICT JUDGE