IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN OILFIELDS SUPPLY COMPANY d/b/a Rain For Rent,<br><br>            Plaintiff,<br>   v.<br><br>JERRY W. GOODWIN, an individual d/b/a O Bar Cattle Co., FLORA E. GOODWIN, d/b/a O Bar Cattle Co., and SECURITY WEST FINANCIAL COMPANY, INC., an Idaho Corporation,<br><br>            Defendants. | CV F 07-1863  AWI DLB<br><br>ORDER VACATING MAY 12, 2008, HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

    The Goodwin Defendants have filed a Rule 12(b)(6) motion to dismiss for lack of personal jurisdiction.  Hearing on the motion is currently set for May 12, 2008.  The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 12, 2008, is VACATED, and the parties shall not appear at that time.  As of May 12, 2008, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:**   **May 6, 2008**                      **/s/ Anthony W. Ishii**
                                                 UNITED STATES DISTRICT JUDGE