Timothy G. Scanlon, State Bar No. 190563
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
P.O. Box 11172
Bakersfield, California 93389-1172
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
Email:  tscanlon@kleinlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| WESTERN OILFIELDS SUPPLY COMPANY, a Delaware corporation, and doing business as RAIN FOR RENT,<br><br>Plaintiff,<br><br>v.<br><br>JERRY W. GOODWIN, an individual and doing business as O BAR CATTLE, CO.; FLORA E. GOODWIN, an individual and doing business as O BAR CATTLE, CO.; SECURITY WEST FINANCIAL COMPANY, INC., an Idaho corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  1:07-CV-01863-AWI-DLB<br>[Complaint Filed:  12/21/2007]<br>Hon. Anthony W. Ishii, U.S. District Judge<br>Hon. Dennis L. Beck, U.S. Magistrate Judge<br><br>**ORDER TO CONTINUE HEARING ON APPLICATION FOR WRIT OF POSSESSION**<br><br>Old Date: July 25, 2008<br><br>*New* Date: August 8, 2008<br>Time:          9:00 a.m.<br>Dept.:          9<br><br>Trial Date: June 2, 2009 |

The court, in consideration of the parties' agreement, hereby orders as follows:

1.     The hearing on plaintiff WESTERN OILFIELDS SUPPLY COMPANY dba RAIN FOR RENT's Application for Writ of Possession is continued to August 8, 2008, at 9:00 a.m. in Courtroom 9 of the above entitled court.

DATED: 11 July, 2008

　　　　　　　　　　　　　　　　__/s/ Dennis L. Beck_____
　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE