IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN OIL FIELDS SUPPLY, ) | **1:07cv1863 AWI DLB** |
| ) | |
| ) | ORDER REGARDING |
| ) | BRIEFING SCHEDULE |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JERRY W. GOODWIN, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____) | |

On September 15, 2008, the parties appeared for a telephonic conference call with the undersigned relating to Plaintiff's application for writ of possession.

Pursuant to Defendants' a request made during the conference call, Defendants shall submit a supplemental briefing and an affidavit regarding the projected completion of the harvest by Friday, September 19, 2008.

Defendants shall also submit supplemental briefing by Friday, September 19, 2008. Plaintiff shall file a response by Friday, September 26, 2008.

IT IS SO ORDERED.

Dated:   **September 16, 2008**            **/s/ Dennis L. Beck**
                                                             UNITED STATES MAGISTRATE JUDGE

1