# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN OILFIELDS SUPPLY COMPANY d/b/a Rain For Rent,<br><br>　　　　Plaintiff,<br>　v.<br>JERRY W. GOODWIN, an individual d/b/a O Bar Cattle Co., FLORA E. GOODWIN, d/b/a O Bar Cattle Co., and SECURITY WEST FINANCIAL COMPANY, INC., an Idaho Corporation,<br><br>　　　　Defendants. | CV F 07-1863  AWI DLB<br><br>ORDER VACATING DECEMBER 1, 2008, HEARING DATE AND TAKING MATTERS UNDER SUBMISSION |

Currently pending before the Court due to the *sua sponte* order of the Court are Rule 19 and 28 U.S.C. § 1404 motions. Hearing on the motions is currently set for December 1, 2008. The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 1, 2008, is VACATED, and the parties shall not appear at that time. As of December 1, 2008, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   November 25, 2008              /s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE